■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DOMINGO BOSQUE, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from judgment of Supreme Court, Erie County, Marshall, J.—criminal sale of controlled substance, sixth degree.) Present—Callahan, J. P., Denman, Boomer, O'Donnell and Schnepp, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CAMERON BENNETT, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from judgment of Erie County Court, Forma, J.—attempted assault, second degree.) Present—Callahan, J. P., Denman, Boomer, O'Donnell and Schnepp, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TERRY FONVILLE, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from judgment of Erie County Court, La Mendola, J.—possession of forged instrument, third degree.) Present—Doerr, J. P., Boomer, Green, O'Donnell and Pine, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES MAYBEE, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from judgment of Erie County Court, La Mendola, J.—driving while intoxicated, two counts, and driving while license revoked, two counts.) Present— Doerr, J. P., Boomer, Green, O'Donnell and Pine, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN SAUBERAN, Appellant. (Appeal No. 1.)—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from judgment of Supreme Count, Erie County, Doyle, J.—violation of probation.) Present—Doerr, J. P., Boomer, Green, O'Donnell and Pine, JJ.